**FILED**

08/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0218

IN RE THE MARRIAGE OF:

ELAINE HERMAN GIRDLER,

Petitioner and Appellant,

and

JEFFREY ALAN GIRDLER,

Respondent and Appellee.

FILED

AUG 0 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Rachel Nicole Mech of Baltimore, Maryland, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the second appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Rachel Nicole Mech to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Rachel Nicole Mech, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 5 day of August, 2022.

For the Court,

By _____
Chief Justice